UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24043-UU

APERTURE NET LLC,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

    THIS CAUSE is before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On January 29, 2020, the parties filed a notice of mediator selection. D.E. 26. As of the date of this Order, the parties have not informed the Court of their agreed date and time of mediation. Accordingly, it is

    ORDERED AND ADJUDGED that the PARTIES SHALL show cause in writing, by **Monday, March 16, 2020**, as to why the parties have not yet scheduled their mediation. Alternatively, the parties may agree to a mediation date and submit a proposed order scheduling mediation by that date. **Failure to comply with this order will result in dismissal of this action without further notice.**

    DONE AND ORDERED in Chambers, Miami, Florida, this _27th__ day of February, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record